# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HAROLD GITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00157-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 2) |

Stephen Harold Gitchell ("Plaintiff") filed a complaint on February 8, 2021, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and

/ / /

/ / /

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: __**February 10, 2021**__

UNITED STATES MAGISTRATE JUDGE